UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Barker, | No. 2:20-cv-02170-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Stoli Group (USA), LLC et al., | |
| Defendants. | |

Parties stipulate to a modification of the court's Federal Rule of Civil Procedure 16 Order, ECF No. 9. Parties stipulate to a 45-day extension to the deadline for the court to hear dispositive motions. Joint Mot., ECF No. 18. The current deadline is September 15, 2021. For good cause shown the deadline is extended to November 19, 2021.

IT IS SO ORDERED.

DATED: August 18, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1