UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Barker,<br><br>            Plaintiff,<br><br>     v.<br><br>Stoli Group (USA), LLC, et al.,<br><br>            Defendants. | No. 2:20-cv-02170-KJM-CKD<br><br>ORDER |

The motion for leave to file redacted documents, ECF No. 21, is **denied without prejudice to renewal**.  Any renewed motion must be supported by information that would permit this court to find "a compelling reason" to withhold information from the public and to "articulate[] the factual basis for [that] ruling, without relying on hypothesis or conjecture." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

IT IS SO ORDERED.

DATED: September 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1